JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:		541-593-4452
Email:		jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COBB LAVERNE MUTTER,<br><br>    Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL[1],<br>Acting Comm'r of Social Security,<br><br>    Defendant | Case No.  2:16-CV-02381-KJN<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT** |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to April 8, 2017, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to Plaintiff's counsel's heavy workload.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Mutter v. Berryhill**          Stipulation and ~~Proposed~~ Order     E.D. Cal. 2:16-cv-02381-KJN

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: March 7, 2017                     JACQUELINE A. FORSLUND
                                        Attorney at Law


                                        */s/Jacqueline A. Forslund*
                                        JACQUELINE A. FORSLUND

                                        Attorney for Plaintiff


Date:  March 7, 2017                    PHILIP A. TALBERT
                                        United States Attorney
                                        DEBORAH STACHEL
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        */s/Ann L. Maley*
                                        ANN L. MALEY
                                        Special Assistant United States Attorney
                                        *By email authorization

                                        Attorney for Defendant


                         ORDER

APPROVED AND SO ORDERED


Dated:  March 8, 2017

                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE


**Mutter v. Berryhill**          Stipulation and ~~Proposed~~ Order          E.D. Cal. 2:16-cv-02381-KJN