PHILLIP A. TALBERT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
ANN L. MALEY, CSBN 176877
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8974
    Facsimile: (415) 744-0134
    Email: ann.maley@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COBB LAVERNE MUTTER,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:16-cv-02381 KJN_<br><br>[**PROPOSED**] ORDER |

Based upon the parties' Stipulation, IT IS ORDERED that Defendant shall have a 30-day extension, or until June 10, 2017, to file her motion for summary judgment and cross-motion. All other deadlines are extended accordingly.

Dated: May 12, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE